## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-73-~~UNA~~ SLR |
| CHRISTOPHER WATERMAN, | : |
| Defendant. | : |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, respectfully states:

1. On June 5, 2007, the defendant was indicted for possession of a firearm by a person prohibited, in violation of 18 U.S.C. § 922(g), and for possession with intent to distribute cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. The defendant is currently a pretrial detainee on various State offenses. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 28, 2007, at 1:00 p.m.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institution, to bring the said defendant before

this Court on June 28, 2007, at 1:00 p.m. for an Initial Appearance and to be held in the custody of the U.S. Marshal until such time as these proceeding are complete.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Shawn E. Martyniak
Shawn E. Martyniak
Special Assistant United States Attorney

Dated: June 13, 2007

**IT IS SO ORDERED** this _18th_ day of _June_, 2007.

_____
for HONORABLE MARY PAT THYNGE
United States Magistrate Judge