UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WATERMAN<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR07-73-(SLR)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on *July 11, 2007* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *September 21, 2007*. The time between the date of this order and *September 21, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                              Honorable Mary Pat Thynge<br>
                                                             U.S. Magistrate Judge

cc: Defense Counsel<br>
    United States Attorney