IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-073-SLR |
| | ) |
| CHRISTOPHER WATERMAN, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 9th day of October, 2007,

IT IS ORDERED that the telephonic status conference scheduled for **October 4, 2007** is **cancelled** and **rescheduled** to commence on **Thursday, October 11, 2007** at **10:00 a.m.**, with the court initiating said call.

_____
United States District Judge