IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     Crim. No. 07-073-SLR
                                   )
CHRISTOPHER WATERMAN,              )
                                   )
            Defendant.             )

## O R D E R

At Wilmington this 11th day of October, 2007, having conferred with

counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Tuesday,**

**November 27, 2007** at **8:30 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs

Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge