IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-073-SLR |
| | ) |
| CHRISTOPHER WATERMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 26th day of November, 2007,

IT IS ORDERED that the evidentiary hearing scheduled for **Tuesday, November 27, 2007** at **8:30 a.m.** is **cancelled** and **rescheduled** to commence on **Friday, November 30, 2007** at **1:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge