AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

USA

## EXHIBIT AND WITNESS LIST

V.

Christopher Waterman

Case Number: 07-73-SLR CR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hearing Sue L. Robinson | Shawn Martyniak | Edson Bostic |
| TRIAL DATE(S) Govt 11/30/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY Alvino |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 2 | 11/30 |  | ✓ | Willie Waters Court Records / Waters testifying |
|  | 3 | 11/30 |  | ✓ | Photo of house |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages