# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

December 11, 2007

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

Re:     *United States v. Christopher Waterman*
        **Criminal Action No.: 07-73-SLR**
        **Our File No.:2007-00207**

Dear Judge Robinson:

Counsel for the Defense and the Government have conferred with respect to the Post Hearing Briefs in the above-captioned matter.  Based upon our discussions we recommend the following briefing schedule:

Defense Opening Brief - January 7, 2007
Government Response - January 21, 2007
Defense Reply Brief - January 25, 2007 (if necessary)

We are hopeful that the Court will accept this schedule and enter an Order adopting the proposed dates.  Enclosed for the Court's convenience, is a proposed Order.

Respectfully submitted,

_/s/_____
EDSON A. BOSTIC
Federal Public Defender

EAB/lmo

Enclosure

cc:  Shawn Martyniak, Special Assistant United States Attorney
      Christopher Waterman, Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-73-SLR |
| | : | |
| CHRISTOPHER WATERMAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Defendant's

Motion to Suppress Physical Evidence and Statements, and the Government's response thereto, it

is hereby ORDERED that the Motion is GRANTED.

All physical evidence seized by law enforcement officials on May 12, 2007, and statements

made by Defendant to law enforcement officials on May 12, 2007, are hereby **SUPPRESSED**.  Such

physical evidence and statements shall be inadmissible, for any purpose, by the Government.

BY THE COURT:

_____
Honorable Sue L. Robinson
United States District Court Judge