IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-73-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| CHRISTOPHER WATERMAN, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S REQUEST FOR STATUS CONFERENCE**

The United States, by and through Colm F. Connolly, United State's Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United State's Attorney for the District of Delaware, hereby requests a status conference in the matter *United States v. Christopher Waterman*.

1. On May 12, 2007, the Grand Jury for the District of Delaware indicted Mr. Waterman for knowingly possessing with the intent to distribute more than five grams of a mixture containing a detectable amount of cocaine base, in violation of Title 21, *United States Code*, Sections 841(a)(1) and (b)(1)(B); knowingly carrying and possessing a firearm in furtherance of a drug trafficking crime, in violation of Title 18, *United States Code*, Section 924(c)(1)(A); and knowingly possessing a firearm that has been transported in interstate commerce to Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and (924(a)(2).

2. On November 30, 2007, the Court conducted an evidentiary hearing to hear testimony related to Mr. Waterman's suppression motion. Respective Parties filed all post-hearing responses to the hearing on or before January 22, 2008.

3. The Government respectfully requests, if necessary, a status conference to determine possible trial dates.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:     /s/ Shawn Martyniak
Shawn E. Martyniak (De. I.D. No. 4433)
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: April 17, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-73-SLR |
| | ) | |
| CHRISTOPHER WATERMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

For the reasons stated in the Government's *Motion* dated April 17, 2008, IT IS

HEREBY ORDERED that a status conference shall be held on _____, 2008 at _____.

Dated: _____

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE