IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-073-SLR |
| | ) | |
| CHRISTOPHER WATERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

At Wilmington this 30th day of April, 2008, for the reasons stated;

IT IS ORDERED that:

1. Defendant's motion to suppress evidence is **granted**. (D.I. 13)

2. The weapon and drugs seized are suppressed and such evidence is inadmissible in plaintiff's case in chief at trial.

3. A status conference is scheduled for **Tuesday, May 13, 2008** at **4:00 p.m.**, with the court initiating said call.

4. The time between this order and May 13, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge