IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-073-SLR |
| ) | |
| CHRISTOPHER WATERMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 8th day of May, 2008, there being a conflict in the court's calendar;

IT IS ORDERED that the telephonic status conference scheduled for **May 13, 2008** is **rescheduled** to commence on **Wednesday, May 14, 2008** at **8:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and May 14, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge