IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-073-SLR |
| CHRISTOPHER WATERMAN, | : |
| Defendant. | : |

**NOTICE OF APPEAL AND**
**CERTIFICATION PURSUANT TO 18 U.S.C. § 3731**

Notice is hereby given that the United States of America, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the opinion and order entered on the docket in this action on or about April 30, 2008, suppressing the evidence obtained by law enforcement on or about May 12, 2007.

Pursuant to Title 18, United States Code, Section 3731, the undersigned hereby certifies to the Court that this appeal is not taken for purpose of delay, and that the evidence at issue constitutes substantial proof of a fact material to the trial in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated:  May 23, 2008