# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-73-SLR |
| CHRISTOPHER WATERMAN, | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** enter in the appearance of Shawn A. Weede, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the government in the above-captioned case.

COLM F. CONNOLLY
United States Attorney


By: /s/ Shawn A. Weede
    Shawn A. Weede
    Assistant United States Attorney
    1007 North Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277 x 126


Dated: May 23, 2008