## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-73-SLR |
| ) | |
| CHRISTOPHER WATERMAN, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO SEAL

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and respectfully moves this Honorable Court for an order **sealing** the government's Memorandum in Response to Defendant's Motion for Bail Pending Appeal as it contains information taken from the defendant's Pretrial Services Report.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:_____
Shawn A. Weede
Assistant United States Attorney

Dated:  June 9, 2008

**IT IS SO ORDERED** this ___11th___ day of ___June___, 2008.

_____
Honorable Sue L. Robinson
United States District Court