IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-073-SLR |
| | ) | |
| CHRISTOPHER WATERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 30th day of June, 2008,

IT IS ORDERED that a hearing to consider defendant's motion for bail pending appeal is scheduled for **Monday, July 28, 2008** at **11:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge